ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| AECOM Construction, Inc. | ) ASBCA No. 63792 |
| | ) |
| Under Contract No. FA3002-08-D-0006 | ) |

APPEARANCES FOR THE APPELLANT:    Edmund M. Amorosi, Esq.
Brian J. Vella, Esq.
Daniel H. Ramish, Esq.
  Haynes and Boone, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Christian H. Robertson, II, Esq.
Maj William M. Fuller, USAF
  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February 25, 2025

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63792, Appeal of AECOM Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  February 25, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals